442 P.2d 797

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Robert LUNA, Defendant-Appellant.**

**No. 124.**

Court of Appeals of New Mexico.

June 14, 1968.

R. E. Riordan, Las Cruces, for defendant-appellant.

Boston E. Witt, Atty. Gen., Spencer T. King, Asst. Atty. Gen., Santa Fe, for plaintiff-appellee.

## OPINION

WOOD, Judge.

Appealing from a denial of post conviction relief, defendant contends that he is entitled to credit on his sentence for time spent in presentence confinement. He relies on Sec. 40A–29–25, NMSA 1953 (Supp. 1967), which provides for such a credit.

Defendant's presentence confinement time occurred prior to the effective date of Sec. 40A–29–25, supra. Sec. 40A–29–25 is not to be given retroactive effect. State

v. Sedillo (Ct.App.), 79 N.M. 289, 442 P.2d 601, decided May 24, 1968. State v. Padilla, 78 N.M. 702, 437 P.2d 163 (Ct.App.1968); see State v. Sedillo, 79 N.M. 9, 439 P.2d 226 (1968).

The Order denying relief is affirmed.

It is so ordered.

SPIESS, C. J., and OMAN, J., concur.